MARISOL A. NAGATA
CA NO. 221387
BARRETT DAFFIN FRAPPIER TREDER &
WEISS, LLP
20955 PATHFINDER ROAD
SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: NDCAECF@BDFGROUP.COM

Attorney for Movant
WELLS FARGO BANK, N.A., ALSO KNOWN
AS WACHOVIA MORTGAGE, A DIVISION
OF WELLS FARGO BANK, N.A., AND
FORMERLY KNOWN AS WACHOVIA
MORTGAGE, FSB, FORMERLY KNOWN AS
WORLD SAVINGS BANK, FSB, ITS ASSIGNS
AND/OR SUCCESSORS IN INTEREST

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>JANE MYRENGET<br><br><br><br>Debtor. | CASE NO.: 10-45616-RN-7<br>CHAPTER: 7<br>R.S. NO.: EAT-922<br><br>NOTICE OF HEARING ON MOTION FOR<br>RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: July 21, 2010<br>TIME: 10:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 220, 2nd Floor<br>1300 Clay Street<br>Oakland, CA |

NOTICE IS HEREBY GIVEN that Movant's motion for relief from the automatic stay has

been set for hearing on July 21, 2010 at 10:30 am in Courtroom 220 on the 2nd Floor of the United

1

Case: 10-45616    Doc# 9    Filed: 07/06/10    Entered: 07/06/10 12:14:02    Page 1 of 4
bkcano_NOH-MFR.rpt-11/Northern/Oakland/00000001759554

1    States Bankruptcy Court, located at 1300 CLAY STREET, OAKLAND, CA 94612.

2

3       FURTHER NOTICE IS HEREBY GIVEN that if you fail to attend the scheduled hearing,

4    the Court may grant relief from the automatic stay, thereby authorizing Movant to proceed with

5    foreclosure.

6                           BARRETT DAFFIN FRAPPIER TREDER

7                           & WEISS, LLP

8    Dated:    July 06, 2010              By:   /s/ MARISOL A. NAGATA

9                           MARISOL A. NAGATA
                             Attorney for Movant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
bkcano_NOH-MFR.rpt-1 I/Northern/Oakland/00000001759554

## CERTIFICATION OF SERVICE

I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within entitled action. My business address is 20955 Pathfinder Road Suite 300, Diamond Bar, California 91765.

On July 06, 2010, I caused to be served the within Notice of Hearing on Motion of Relief from the Automatic Stay, on all interested parties in said case, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 06, 2010            By:    /s/ MARISOL A. NAGATA
                                       MARISOL A. NAGATA

Case: 10-45616   Doc# 9   Filed: 07/06/10   Entered: 07/06/10 12:14:02   Page 3 of 4
NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
bkcano_NOH-MFR.rpt-1 I/Northern/Oakland/00000001759554

**SERVICE LIST**

**DEBTOR:**
JANE MYRENGET
25555 CRESTFIELD CIR.
CASTRO VALLEY, CA 94552

**ATTORNEY FOR DEBTOR:**
SHAWN R. PARR
1625 THE ALAMEDA #101
SAN JOSE, CA  95126

**TRUSTEE:**
PAUL J. MANSDORF
1563 SOLANO AVE
#703
BERKELEY, CA  94707

**UNITED STATES TRUSTEE:**
Email: ustpregion17.oa.ecf@usdoj.gov

**PARTIES IN INTEREST:**
COUNTY OF ALAMEDA
1221 OAK STREET, ROOM 145
OAKLAND, CA  94612

WORLD SAVINGS & LOAN
ATTN: BANKRUPTCY
4101 WISEMAN BLVD
SAN ANTONIO, TX  78251

Case: 10-45616   Doc# 9   Filed: 07/06/10   Entered: 07/06/10 12:14:02   Page 4 of 4
NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
bkcano_NOH-MFR.rpt-1 1/Northern/Oakland/00000001759554