Entered on Docket
July 21, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 21 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1  MARISOL A. NAGATA
   State Bar No. 221387
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  20955 Pathfinder Road, Suite 300
   Diamond Bar, California 91765
4  (626) 915-5714 – Phone
5  (909) 595-7323 - Fax
   File No. 1759562
6  ndcaecf@BDFGroup.com

7  Attorney for Movant
8  WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE,
   A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS
9  WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS
   BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>JANE MYRENGET,<br><br>Debtor. | CASE NO.: 10-45616 RN-7<br>CHAPTER: 7<br>R.S. NO.: EAT-921<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>**(FIRST DEED OF TRUST)**<br><br>DATE: July 21, 2010<br>TIME: 10:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 220, Second Floor<br>1300 Clay Street<br>Oakland, California |

The motion of Secured Creditor, WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB ("Movant"), ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, the

HONORABLE RANDALL J. NEWSOME, United States Bankruptcy Judge presiding. All appearances, were as noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is

ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by *11 U.S.C. § 362(a)* shall be and is hereby terminated in its entirety as to Movant, its successors and assigns, thereby permitting enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on April 18, 2006 as Instrument No. 2006-152110 in the Office of the County Recorder of Alameda County, State of California, including that certain real property commonly known as **25555 Crestfield Circle, Castro Valley, California 94552** and legally described as follows:

THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, CITY OF CASTRO VALLEY, AND IS DESCRIBED AS FOLLOWS:

LOT 62 OF TRACT NUMBER 6814, IN THE CITY OF (UNINCORPORATED) CASTRO VALLEY, COUNTY OF ALAMEDA, IN THE STATE OF CALIFORNIA AS RECORDED IN MAP BOOK 227, PAGES 79-100 WITH THE APPURTENANCES THERETO.

APN: 417-0286-068.

ORDERED, ADJUDGED AND DECREED that the terms of this Order shall be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a)(3)* of the *Federal Rules of Bankruptcy Procedure.*

DATED: 7/21/10

HONORABLE RANDALL J. NEWSOME
United States Bankruptcy Judge

# COURT SERVICE LIST

**DEBTOR**
JANE MYRENGET
25555 CRESTFIELD CIRCLE
CASTRO VALLEY CA 94552